Edward G. Asay v. Marshall J. Allen et al.

[Opinion filed July 27, 1887.]

Appeal from the Circuit Court of Cook County.

Messrs. Asay, Asay & Rice, for appellant.

Mr. L. S. Hodges, for appellees.

*Per Curiam.* Account of trustee—Interest—Computation with annual rests, following Ogden v. Larrabee, 57 Ill. 389.

---

Solomon Vehon v. Benjamin Lindauer et al.

[Opinion filed August 3, 1887.]

Appeal from the Superior Court of Cook County; the Hon. John P. Altgeld, Judge, presiding.

Messrs. Hofheimer & Rosenberg, for appellant.

Messrs. Tenney, Bashford & Tenney, for appellees.

*Per Curiam.* Attachment—Issue on answers of garnishees —Verdict against garnishees, held to be supported by the evidence.